NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL S. ROSS,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5061

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-667, Judge Francis M. Allegra.

---

## ON MOTION

---

## ORDER

Michael S. Ross submits a nonconforming brief, which the court treats as a motion to reinstate his appeal. Ross also submits various letters about his case.

Any arguments should be in the briefs, not in separate letters to the court.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted, the mandate is recalled, and the appeal is reinstated. The nonconforming brief is accepted as Ross's opening informal brief. The United States should calculate its brief due date from the date of service of this order.

FOR THE COURT

DEC 22 2011
_____

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael S. Ross
Jeanne E. Davidson, Esq. (Copy Of Petitioner's Brief Enclosed)

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 22 2011

JAN HORBALY
CLERK